UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SHERRY L. BROOKRESON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:12CV123 ERW |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Frederick R. Buckles [ECF No. 17], pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation, and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision denying Plaintiff's claims for benefits is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Sherry L. Brookreson disability benefits is **AFFIRMED**, and the Plaintiff's Complaint is **DISMISSED, with prejudice**.

Dated this   23rd   day of September, 2013.

_E. Richard Webber_ (signature)
_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE